UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
NOV 13 2012
FILED

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Petitioner, | ) |
| v. | ) Civil No. 12-330-JL |
| CHARLES HOLLAND, | ) |
| Respondent. | ) |

ORDER

IT IS ORDERED that Charles Holland appear before Revenue Officer Andrea Mahoney or any other proper officer or employee of the Internal Revenue Service, at the Offices of the United States Attorney for the District of New Hampshire, 53 Pleasant Street, Fourth Floor, Concord, New Hampshire on ~~November 16~~ December 6, 2012 at ~~9:00~~ 10:00 a.m. At that time, Mr. Holland shall comply with each and every requirement of the underlying summonses by providing testimony and documents as required by the summonses. Specifically, Charles Holland will provide sufficient information to allow for the assessment of federal tax liability for the years 2009 and 2010, and current financial information which will allow the IRS to determine the collectability of his outstanding tax liabilities for 2004, 2005, 2006 and 2007. The Court will hold in abeyance a finding on the United States' Petition for Civil Contempt until such time as the United States informs the Court of the status of Charles Holland's compliance with the summonses.

_____
Joseph N. Laplante, Chief Judge
United States District Court
District of New Hampshire

November 13, 2012